**Richard Merle SWITZER, Plaintiff–Appellant,**

v.

**Robert L. JOHNSON, Commissioner, Mississippi Department of Corrections; David C. Turner, Southern Mississippi Correctional Institute, Superintendent; Mark H. Bounds, VoTech Director; Max S. Busby, Defendants–Appellees.**

No. 03–60218

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 23, 2003.

Richard Merle Switzer, pro se, Lucedale, MS, for Plaintiff-Appellant.

Before SMITH, DEMOSS, and STEWART, Circuit Judges.

PER CURIAM.*

Richard Merle Switzer ("Switzer"), Mississippi prisoner # 47818, appeals the district court's denial of his motion for a temporary restraining order and preliminary injunction. Switzer alleges that his legal papers were damaged during a shakedown of his unit and argues that he is entitled to injunctive relief prohibiting the damaging of his legal property and retaliation against him by prison officials.

We lack jurisdiction over an appeal from the denial of a temporary restraining order. *Faulder v. Johnson*, 178 F.3d 741, 742 (5th Cir.1999). As Switzer has made only speculative allegations that he faces a substantial threat of irreparable harm, the district court did not abuse its discretion by denying his motion for a preliminary injunction. *See Holland America Ins. Co. v. Succession of Roy*, 777 F.2d 992, 997 (5th Cir.1985). Accordingly, Switzer's appeal from the denial of his request for a temporary restraining order is DISMISSED, and the district court's denial of his motion for a preliminary injunction is AFFIRMED. Switzer's motion for appointment of counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.